```
BENJAMIN B. WAGNER
United States Attorney
JUSTIN L. LEE
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:10-cr-00040-GGH |
|---|---|---|
| Plaintiff, | ) | ORDER TO DISMISS |
| v. | ) | |
| DONALD S. KILLSTROM, | ) | |
| Defendant. | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, moves this Court for an Order dismissing Case Number 2:10-cr-00040-GGH. Accordingly, it is hereby ordered that the above-captioned matter is dismissed with prejudice.

IT IS SO ORDERED.

Dated: July 25, 2012

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE